*Mr. Clarence L. Cole,* for the appellant.

*Mr. David J. Pancoast,* for the respondent. .

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Grey, rendered in the court of chancery; reported in *66 N. J. Eq. (21 Dick.) 232.*

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN—10.

*For reversal*—None.

---

SAMUEL L. LEDERER

*v.*

JOHN YULE, SR., et al.

[Argued June 28th, 1904.   Decided December 9th, 1904.]

On appeal of Nellie McCrea, from a decree advised by Vice-Chancellor Pitney.

*Mr. Jacob W. De Yoe* and *Mr. Gustav A. Hunziker* and *Mr. Miller* (of the Pennsylvania bar), for the appellant.

*Mr. William J. Briody* and *Mr. William B. Gourley,* for the respondents.

*1 Robbins.*                     Buttlar *v.* Buttlar.

PER CURIAM.

The decree appealed from is affirmed, for the reasons set forth in the opinion of Vice-Chancellor Pitney, reported *ante p. 65.*

*For affirmance*—FORT, PITNEY, VREDENBURGH, VROOM, GREEN, GRAY—6.

*For reversal*—DIXON, GARRISON, BOGERT—3.

---

CHRISTIAN BUTTLAR, respondent,

*v.*

MINA BUTTLAR, appellant.

[Argued June 28th, 1904.  Decided December 9th, 1904.]

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported *ante p. 136.*

*Mr. John I. Weller,* for the appellant.

*Mr. Marshall Van Winkle,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the opinion of Vice-Chancellor Pitney in the court below.

*For affirmance*—DIXON, GARRISON, FORT, PITNEY, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—9.

*For reversal*—None.